# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARIO R. CORTINAS,** | § § § § | |
| *Plaintiff*, | | |
| vs. | § § § | **CIV. CASE NO. 5:20-CV-00059-DAE** |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | § § § § | |
| *Defendant*. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Mario R. Cortinas ("Plaintiff") and Midland Credit Management, Inc. ("Defendant") (collectively, Plaintiff and Defendant are referred to as the "Parties") hereby file this Joint Notice of Settlement, respectfully showing the Court as follows:

The Parties have reached a settlement regarding the claims and causes of action asserted in the above-referenced and numbered cause. The Parties fully expect to present dismissal papers to the Court within thirty days. To preserve judicial economy, the Parties request that the Court temporarily abate this matter for thirty days.

Respectfully submitted,

/s/William M. Clanton
William M. Clanton
Texas Bar No. 24049436

Law Office of Bill Clanton, P.C.
926 Chulie Dr.
San Antonio, Texas 78216
210 226 0800
210 338 8660 fax
bill@clantonlawoffice.com

**ATTORNEY FOR PLAINTIFF**

-AND-

LOCKE LORD LLP

By: _____

**Daniel Durell**
Texas Bar No. 24078450
600 Congress Ave., Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Facsimile)
daniel.durell@lockelord.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing document was served upon all counsel of record *via ECF transmission*, pursuant to the Federal Rules of Civil Procedure on this 27th day of March 2020.

William M. Clanton
Law Office of Bill Clanton, P.C.
926 Chulie Dr.
San Antonio, Texas 78216
210 226 0800
210 338 8660 fax

_____
*Counsel for Defendant*